# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SEAN M. RYAN,

    Plaintiff,

v.

UNITED STATES OF AMERICA
and HORIZON LINES, LLC
Jointly and severally,

    Defendants.

HONORABLE DENISE PAGE HOOD

CASE NO. 06-13391

_____/

## MEMORANDUM OPINION AND ORDER

Defendant Horizon has made a Motion in Limine Regarding Future Lost Wages and Other Future Damages. Plaintiff has made two Motions in Limine: (1) a Motion in Limine asking this Court to issue an Order excluding from trial all references to other claims or lawsuits; (2) a Motion in Limine seeking to exclude from trial all references to Plaintiff's receipt of maintenance and cure benefits, Social Security Benefits, Medicare benefits and references to Worker's Compensation remedies.

At oral argument, Plaintiff withdrew the portion of their Motion in Limine objecting to reference to maintenance and cure benefits.

For the reasons stated on the record,

IT IS ORDERED that Defendant's Motion in Limine Regarding Future Lost Wages and Other Future Damages be DENIED without prejudice.

IT IS FURTHER ORDERED that Plaintiff's Motion in Limine to Exclude Evidence of

Other Claims/Lawsuits be GRANTED, as any such evidence would be more prejudicial than probative.

IT IS FURTHER ORDERED that Plaintiff's motion in Limine is GRANTED concerning reference to any Social Security or Worker's Compensation payment, and any such reference is barred at trial.


                                        S/Denise Page Hood  
                                        Denise Page Hood  
                                        United States District Judge

Dated: January 14, 2008


I hereby certify that a copy of the foregoing document was served upon counsel of record on January 14, 2008, by electronic and/or ordinary mail.

                                        S/William F. Lewis  
                                        Case Manager